# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO, <br><br> Plaintiff, <br><br> v. <br><br> VISALIA POLICE DEPARTMENT, <br><br> Defendant. | Case No. 1:18-cv-00036-LJO-EPG <br><br> ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS <br><br> (ECF No. 2) <br><br> ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS <br><br> RESPONSE REQUIRED WITHIN THIRTY (30) DAYS |

On January 8, 2018, Plaintiff Ramon Navarro Lupercio filed a Complaint against Defendant Visalia Police Department. (ECF No. 1.) On that same date, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in lieu of paying the filing fee to commence an action in this Court. (ECF No. 2.) Based on the information provided in the application, Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

The Court has reviewed the Complaint and determined that service is now proper. Because Plaintiff is proceeding *in forma pauperis*, service of the Complaint will be affected by the United States Marshal Service. *See* Fed. R. Civ. P. 4(c)(3).

Accordingly, the Court ORDERS as follows:

1. The Court determines that service is appropriate for Defendant City of Visalia Police Department, 303 S Johnson St, Visalia, CA 93291.

1

2. The Clerk of the Court shall send Plaintiff a USM-285 form, a summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Complaint filed on January 8, 2018;

3. Within **thirty days** after the date of this Order, Plaintiff must complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summonses;
   b. A copy of the instant Order;
   c. One completed USM-285 form for each defendant listed above; and
   d. A copy of the endorsed Complaint.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal Service to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated: **January 17, 2018**            /s/ *Erin P. Gross*
                                       UNITED STATES MAGISTRATE JUDGE